■ In the Matter of ABRAHAM P. and Another, Children Alleged
to be Abused. VIOLETA J., Appellant; ADMINISTRATION FOR CHIL-
DREN SERVICES, Respondent. [893 NYS2d 52]—

Petitioner agency established, by a preponderance of the evi-
dence through the testimony of the medical examiner, that ap-
pellant's four-month-old son died of asphyxiation when a coin
lodged in his airway, and that the infant was too young to have
been able to pick up the coin himself. The autopsy also revealed
that the infant had suffered at least one previous anoxic event.
It was undisputed that the baby was in appellant's exclusive
care on both occasions.

Appellant failed to sustain her burden of rebutting the evi-
dence of her culpability and the court properly drew the
strongest negative inference from her failure to testify (see Mat-

ter of *Nicole H.*, 12 AD3d 182, 183 [2004]). Contrary to her claim, there was sufficient evidence that appellant derivatively abused the subject children in light of the fact that—at best—she took no action to assist the baby on more than one occasion when he was unable to breathe while in her exclusive care (*see Matter of Vincent M.*, 193 AD2d 398, 404 [1993]). Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Abdus-Salaam, JJ.